IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| RANDY LEE MOORE, | § |
| Petitioner, | § |
| v. | § 2:06-CV-0266 |
| NATHANIEL QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § |
| Respondent. | § |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING RESPONDENT QUARTERMAN'S MOTION TO DISMISS AS TIME-BARRED

Came this day for consideration the Motion to Dismiss as Time-Barred filed by respondent NATHANIEL QUARTERMAN on December 20, 2006. On July 20, 2007, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that respondent's motion to dismiss be denied. Respondent filed objections to the Magistrate Judge's Report and Recommendation on August 9, 2007. As of this date, petitioner has not filed objections to the Report and Recommendation.

The undersigned United States District Judge has reviewed the Report and Recommendation of the Magistrate Judge, as well as respondent's objections, and has made an independent examination of the record in this case. The District Judge is of the opinion that respondent's objections should be, and hereby are, OVERRULED. The Magistrate Judge's Report and

Recommendation is hereby ADOPTED. Accordingly, respondent's motion to dismiss is DENIED.

IT IS SO ORDERED.

ENTERED this _20th_ day of _August_ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE